IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| EARL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-3025-PAZ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is REVERSED and REMANDED to the Commissioner for calculation and payment of benefits.

Dated: March 27, 2007             PRIDGEN J. WATKINS
                                  Clerk

                                  /s/ des
                                  _____
                                  (By) Deputy Clerk