# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| EARL JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. C06-3025-PAZ<br><br>**ORDER** |

_____

On June 14, 2007, the plaintiff filed a motion (Doc. No. 17) for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On June 26, 2007, the defendant filed a response (Doc. No. 18), indicating he does not object to the motion, and expressly asking the court to enter judgment as requested by the plaintiff.

Therefore, the plaintiff's motion is **granted**. Judgment will be entered for the plaintiff for attorney's fees in the amount of **$3,600.00** under the EAJA. Further, judgment will be entered for costs in the amount of **$350.00**, to be paid from the Judgment Fund administered by the Treasury Department.

**IT IS SO ORDERED.**

**DATED** this 27th day of June, 2007.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT