IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| EARL JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C06-3025-PAZ |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Attorney fees are hereby awarded to the plaintiff in the amount of Three Thousand Six Hundred dollars and no cents ($3,600.00) and filing fee reimbursement in the amount of Three hundred Fifty dollars and no cents ($350.00).

Dated: June 27, 2007             PRIDGEN J. WATKINS
                                 Clerk

                                 /s/ des
                                 (By) Deputy Clerk